IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10287
Summary Calendar
_____


PATRICIA L. HOPE,

Plaintiff-Appellant,

versus

GEORGE T. CONNELL, JR.; GEORGE T. CONNELL, SR.,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-929-D
--------------------
November 9, 2000

Before DAVIS, JONES and DEMOSS, Circuit Judges.

PER CURIAM:[*]

Patricia L. Hope has appealed the district court's grant of
summary judgment to the defendants in her 42 U.S.C. § 1983 civil
rights action.  We AFFIRM.

Hope contends that the district court abused its discretion
by granting her retained counsel leave to withdraw from
representing her further.  Hope is not entitled to relief on this
point because she did not validly object to the district court
concerning the ruling, which is not plainly erroneous.  See

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Highlands Ins. Co. v. National Union Fire Ins. Co. of Pittsburgh, 27 F.3d 1027, 1031-32 (5th Cir. 1994).

Hope contends that the district court reversibly erred by refusing to appoint counsel to represent her and by granting summary judgment to the defendants. We reject these contentions substantially for the reasons stated in the district court's memorandum opinion. See Hope v. Connell, No. 3:98-CV-929-D (N.D. Tex. Aug. 12, 1999)(unpublished).

AFFIRMED.